STATE of Maine

v.

**Nelson G. DONNELL.**

Supreme Judicial Court of Maine.

Argued Sept. 9, 1986.
Decided Sept. 11, 1986.

David W. Crook, Dist. Atty., J. Mitchell Flick, Pamela Ames (orally), Asst. Dist. Attys., Augusta, for plaintiff.

Nelson G. Donnell, pro se, (orally).

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

After a jury trial in Superior Court (Kennebec County) Nelson Donnell was convicted of operating a motor vehicle after being found a habitual offender, 29 M.R.S.A. § 2298 (Supp.1985–1986). On appeal, he claims that by virtue of a special citizenship status, he had an absolute right to operate a motor vehicle on the public highways without a license. The defendant's theories are unsupportable in law and unworthy of serious discussion.

The entry is:

Judgment affirmed.

All concurring.